IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                :

            vs.                         :       CRIMINAL NO. 14-412-03

MICHAEL SPICER
                                        :

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

**AND NOW**, this **14th** day of **May, 2015**, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: Counts 1,2,3,5,6,9,10 & 14.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                    BY THE COURT:

                                    _____
                                    Eduardo C. Robreno

cc:   U.S. Marshal
      Probation Office
      T. Wzorek, AUSA
      M. McCartney, AUSA
      J. Binns, Esq.

    5/14/15              RV
     Date             By Whom